RECEIVED

APR 1 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED

MAY 1 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| THOMAS H. HELVIK | CIVIL ACTION NO. 07-0396 |
| VS. | SECTION P |
| STATE OF LOUISIANA | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available state remedies.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _10_ day of _May_, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE